UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: PETER, TONYA S | § § § | Case No. 09-75773 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 10/20/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: __/ /_____     By:  /s/STEPHEN G. BALSLEY_____
                                         Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez                Page 1 of 1                  Date Rcvd: Sep 29, 2010
Case: 09-75773                Form ID: pdf006              Total Noticed: 22

The following entities were noticed by first class mail on Oct 01, 2010.
db           +Tonya S Peter,   6672 Sonoma Road,   Rockford, IL 61114-8514
aty          +Andrew J. Vella,   Vella & Lund, P.C.,   401 West State Street,   Suite 300,
               Rockford, IL 61101-1240
tr           +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
14917565     +5/3 Bank Cc,   38 Fountain Square,   Cincinnati, OH 45263-0001
14917567     +AVA International,   7445 E. State St.,   Rockford, IL 61108-2678
14917566     +American Express,   P.O. Box 0001,   Los Angeles, CA 90096-8000
15228783      American Express Bank, FSB,   POB 3001,   Malvern, PA 19355-0701
14917569      Bank Of America,   4060 Ogletown/Stan,   Newark, DE 19713
14917570     +Bank One/Chase,   8333 Ridgepoint Dr,   Irving, TX 75063-5812
14917571     +Byron Bank,   200 N Walnut St,   Byron, IL 61010-8803
14917575    ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Corporation,   National Bankruptcy Center,
               Po Box 537901,   Livonia, MI 48153)
14917574     +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,
               Grand Rapids, MI 49546-6210
15511057     +Fifth Third Bank,   Bankruptcy Department/MD#RSCB3E,   1830 E Paris SE,
               Grand Rapids MI 49546-6253
14988979     +Ford Motor Credit Company LLC,   P O Box 6275,   Dearborn, MI 48121-6275
14917576     +National City Bank,   P.O. Box 4068,   Kalamazoo, MI 49003-4068
14917579     +Rockford Wellness & Diagnostic,   223 East State St.,   Rockford, IL 61104-1010
14917580      U.S. Bank,   Recovery Department,   P.O. Box 5227, ML CN-OH-W15,   Cincinnati, OH 45202-5227
15543773    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,   P.O. Box 5229,   Cincinnati, OH  45201)
14917581     +Zwicker & Associates,   80 Minuteman Road,   Andover, MA 01810-1008

The following entities were noticed by electronic transmission on Sep 29, 2010.
14917573     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 30 2010 02:35:19    Discover Fin Svcs Llc,
               Po Box15316,   Wilmington, DE 19850-5316
15562198      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 30 2010 02:35:06
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
14917577     +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM                   Pawnee Leasing Corp,
               700 Centre Ave.,   Fort Collins, CO 80526-1842
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
14917568*    +AVA International,   7445 E. State St.,   Rockford, IL 61108-2678
14917572*    +Byron Bank,   200 N Walnut St,   Byron, IL 61010-8803
14917578*    +Pawnee Leasing Corp,   700 Centre Ave.,   Fort Collins, CO 80526-1842
15535882*    +Pawnee Leasing Corporation,   700 Centre Ave,   Fort Collins, CO 80526-1842
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2010**                    **Signature:**   *Joseph Speetjens*